THE STATE EX REL. MILLER, APPELLANT, *v.*
LEONARD, WARDEN, APPELLEE, ET AL.

[Cite as *State ex rel. Miller v. Leonard* (2000), 88 Ohio St.3d 46.]

(No. 99–1487—Submitted January 12, 2000—Decided February 16, 2000.)

*Jerry S. Miller*, pro se.

*Betty D. Montgomery*, Attorney General, and *Katherine E. Pridemore*, Assistant Attorney General, for appellee.

---

***Per Curiam.*** We affirm the judgment of the court of appeals. There is no constitutional or inherent right to be released before the expiration of a valid sentence. *Greenholtz v. Inmates of Nebraska Penal & Correctional Complex* (1979), 442 U.S. 1, 7, 97 S.Ct. 2100, 2104, 60 L.Ed.2d 668, 675; *State ex rel. Hogan v. Ghee* (1999), 85 Ohio St.3d 150, 151, 707 N.E.2d 494, 495. As the court of appeals held, nothing in Am.Sub.S.B. No. 2 confers a mandatory right to parole. Finally, the sentencing provisions of Am.Sub.S.B. No. 2 (146 Ohio Laws, Part IV, 7136) do not apply to Miller and other persons convicted and sentenced before July 1, 1996. *State ex rel. Smith v. Sage* (1998), 83 Ohio St.3d 209, 699 N.E.2d 87, 88.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.